

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00823-CR

**IN RE** Jose Adan Gavarrette **GAMEZ**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Lori Massey Brissette, Justice
             Velia J. Meza, Justice

Delivered and Filed: December 31, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

This court received relator's petition for writ of mandamus on December 22, 2025. The petition was not accompanied by a record. This court has reviewed the materials received and determined that relator has not established that he is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2018-CR-12940-W1, styled *State of Texas v. Jose Adan Gavarrette Gamez*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.